

EOD
10/03/2017

Attorney for  U.S. BANK TRUST NATIONAL ASSOCIATION,  AS TRUSTEE OF BUNGALOW SERIES F TRUST

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-42103-BTR-13 |
| | § | |
| PHYLLICE HOLLY, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK TRUST NATIONAL | § | |
| ASSOCIATION,  AS TRUSTEE | § | |
| OF BUNGALOW SERIES F TRUST, | § | |
| Movant | § | HEARING DATE: 10/4/2017 |
| | § | |
| v. | § | TIME:  01:00 PM |
| | § | |
| PHYLLICE HOLLY; CAREY D. | § | |
| EBERT, Trustee | § | |
| Respondents | § | JUDGE BRENDA T. RHOADES |

## AGREED ORDER WITHDRAWING NOTICE OF TERMINATION OF STAY (DOCKET #25)

Came on for consideration the Objection of Debtor to Notice of Termination of Stay filed by U.S. BANK TRUST NATIONAL ASSOCIATION,  AS TRUSTEE OF BUNGALOW SERIES F TRUST, (hereinafter "US BANK").  The Court, having considered said Objection and the agreement of counsel, is of the opinion that the following Agreed Order should be entered.  It is therefore, **ORDERED, ADJUDGED, AND DECREED** that

The Notice of Termination of Stay filed By US BANK (Docket #25) is hereby withdrawn and the Automatic Stay provided by 11 U.S.C. §362  is hereby reinstated. **IT IS FURTHER**

**ORDERED** that Debtor shall resume making the direct post-petition payments to US BANK beginning with the September 1, 2017 payment and continue making each monthly payment pursuant to the terms of the Agreed Order Conditioning Stay previously entered in this case (Docket #23). **IT IS FURTHER**

**ORDERED** that Debtor shall have one (1) remaining ten (10) day notice of default under paragraph 9 of the Agreed Order Conditioning Stay previously entered in this case (Docket #23). **IT IS FURTHER**

**ORDERED** that the Chapter 13 Trustee shall resume disbursements (if any) to US BANK.

**IT IS SO ORDERED**

Signed on 10/3/2017

_Brenda T. Rhoades_    SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY  /s/ PAUL KIM

| | |
|---|---|
| PAUL KIM | GARY G. LYON |
| TX NO. 24001182 | 6401 W. ELDORADO PARKWAY |
| 4004 Belt Line Rd Ste. 100 | SUITE 206 |
| ADDISON, TX 75001 | MCKINNEY, TX  75070 |
| Telephone: (972) 386-5040 | |
| Facsimile: (972) 661-7725 | ATTORNEY FOR DEBTOR |
| E-mail:  EDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


| BY /s/ PAUL KIM | */s/ GARY G LYON* |
|---|---|
| PAUL KIM | GARY G. LYON |
| TX NO. 24001182 | 6401 W. ELDORADO PARKWAY |
| 4004 Belt Line Rd Ste. 100 | SUITE 206 |
| ADDISON, TX 75001 | MCKINNEY, TX  75070 |
| Telephone: (972) 386-5040 | |
| Facsimile: (972) 661-7725 | ATTORNEY FOR DEBTOR |
| E-mail:  EDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |